COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:  In the matter of J.W.

Appellate case number:  01-11-01067-CV

Trial court case number: 2009-05444J

Trial court: 315th District Court of Harris County

The court directs the Harris County District Clerk, or the court reporter if the exhibits are still in his or her possession, to send to the Clerk of this Court the original of State's Exhibits 1, 2, and 4 described as "Bank video," "Bank video" and "Recording of Interview of J.R.W.," respectively. *See* TEX. R. APP. P. 34.6(g)(2). The Clerk of this Court is directed to cooperate with the Harris County District Clerk or the court reporter to provide for the safekeeping, transportation, and return of such exhibits. *See id.*

The original exhibit is due in this Court within **10 days** of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                ☑ Acting individually     ☐ Acting for the Court

Date: September 12, 2012